| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Piersol, Lawrence L | 2. Court or Organization U.S. District Court, SD | 3. Date of Report 6/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date 8/6/1993 ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Federal Courthouse, Suite 202 400 South Phillips Avenue Sioux Falls, SD 57104-6851 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and President | Federal Judges Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 14 P 2: 31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ████Law Practice and ████service as a director of Foundation |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. WIPO, CDA, APM, and TV Cultura (see VIII: Additional Information) | March 29-April 2, 2003, Sao Paulo, Brazil, Conference (airfare, terminal expense, subsistence allowance) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Natl Bank in Brookings | Note&Mortgage: Farm, commercial properties | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. Farm, South Dakota | A | Rent | M | R | | | | | |
| 3. The Equitable - (IRA) | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Latin America Fund (IRA) | A | Dividend | J | T | | | | | |
| 5. The Equitable, IRA | | None | J | T | | | | | |
| 6. Merrill Lynch Latin America Fund IRA | | None | J | T | | | | | |
| 7. IBM | A | Dividend | K | T | | | | | |
| 8. Verizon Communications | A | Dividend | J | T | | | | | |
| 9. Viacom Inc. | A | Dividend | J | T | | | | | |
| 10. American Express Co. | A | Dividend | J | T | | | | | |
| 11. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 12. Ford Mtr. Co. Del. | A | Dividend | J | T | | | | | |
| 13. General Electric Corp. | A | Dividend | J | T | | | | | |
| 14. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 15. Safeway | A | Dividend | J | T | | | | | |
| 16. Associates First Cap. | A | Dividend | J | T | | | | | |
| 17. Charles Schwab Co. Money Market ● | A | Interest | M | T | | | | | |
| 18. Checking Account, First National Bank in Brookings, SD | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Checking Account, (2) First National Bank, Sioux Falls | A | Interest | J | T | | | | | |
| 20. Real property, Lawrence County, SD | | None | K | W | | | | | |
| 21. Mutual Beacon Fund | B | Dividend | M | T | | | | | |
| 22. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 23. NewPort Tiger Fund | A | Dividend | K | T | | | | | |
| 24. Schwab Money Market | A | Interest | K | T | | | | | |
| 25. Templeton China World | A | Dividend | J | T | | | | | |
| 26. First National Bank in Brookings Money Market Acct. | D | Interest | K | T | | | | | |
| 27. Chile Fund | A | Dividend | J | T | | | | | |
| 28. Commercial Property Parcel 1, Minnehaha County, SD | F | Rent | O | W | | | | | |
| 29. Commercial Property Parcel 2, Minnehaha County, SD | E | Rent | N | W | | | | | |
| 30. Capital Guardian Trust (Closed End Mutual Fund) | C | Dividend | M | T | | | | | |
| 31. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 32. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 33. Apartment Interest, Minnehaha County, SD | D | Rent | N | W | | | | | |
| 34. Midas Fund | A | Dividend | J | T | | | | | |
| 35. Mutual Discovery Fund | A | Dividend | L | T | | | | | |
| 36. Exxon Stock | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Vanguard Total Stock Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 38. Vanguard High-Yield Corp Fund Inv | C | Interest | M | T | | | | | |
| 39. Mondavi Stock | | None | J | T | | | | | |
| 40. Farm #2, South Dakota | C | Rent | M | W | | | | | |
| 41. Commercial Property #3, Florida | E | Rent | N | Q | | | | | |
| 42. Mexico Fund Inc. | A | Dividend | J | T | | | | | |
| 43. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 44. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 45. SBC Communications, Inc. (X) | A | Dividend | K | T | | | | | |
| 46. Bell South Corp. (X) | A | Dividend | K | T | | | | | |
| 47. Dominion Resources (X) | A | Dividend | J | T | | | | | |
| 48. Excelsior Income Shares (X) | A | Dividend | J | T | | | | | |
| 49. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 50. LG&E Energy Corp. (X) | A | Dividend | J | T | | | | | |
| 51. Merck & Co., Inc. (X) | A | Dividend | J | T | | | | | |
| 52. Excel (Northern States Power) (X) | B | Dividend | K | T | | | | | |
| 53. PG&E Corp. (X) | A | Dividend | J | T | | | | | |
| 54. Public Service Ent.Gp. (X) | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
   (See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
   (See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Reliant Energy (X) | A | Dividend | J | T | | | | | |
| 56. Lucent Technologies | A | Dividend | J | T | | | | | |
| 57. Microsoft | A | Dividend | K | T | | | | | |
| 58. Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |
| 59. Berkshire Hathaway B | A | Dividend | M | T | | | | | |
| 60. Visteon Corp. (X) | A | Dividend | J | T | | | | | |
| 61. Intel Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

IV. REIMBURSEMENTS:

I gave a speech "New Technology and the Protection of Intellectual Property in U.S. Law" at a Conference in Sao Paulo, Brazil on April 1, 2003. The Conference organizers were the World Intellectual Property Organization (WIPO) in cooperation with the Copyright Office of the Ministry of Culture of Brasil (CDA), the Academy of Magistrates of Sao Paulo (APM), the Ministry of Justice and Defense of the Citizenship of the State of Sao Paulo and TV Cultura – Fundacao Padre Anchieta. I was reimbursed for my airfare ($987.65), terminal expenses ($120.00), and daily subsistence allowance ($308.00), for a total of $1,415.65.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Piersol, Lawrence L | 6/9/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544